AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
Christian Liam Schenk

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 26-mj-5294-JGD

CHARGING DISTRICTS CASE NUMBER: 26-cr-00174-SRN-SGE

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of Minnesota; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the N/A *(Place and Address)*, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) Warren E. Burger Federal Building & U.S. Courthouse on 10/9/2026 1:30 pm *(Date and Time)*

/s/ Judith G. Dein
*Signature of Judge*

10/1/2026
*Date*

Judith G. Dein
*Name of Judge*

U.S. Magistrate Judge
*Title of Judge*